# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIK SCHISLER,**

      **Plaintiff,**

**v.**                                                 Case No:   6:15-cv-517-Orl-22KRS

**SAM'S WEST, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on Third Renewed Joint Motion for Court to Approve Settlement and to Dismiss All Claims with Prejudice (Doc. No. 57) filed on April 12, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 29, 2016 (Doc. No. 61), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Third Renewed Joint Motion for Court to Approve Settlement and to Dismiss All Claims with Prejudice is hereby GRANTED in part.

3. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The Court declines to reserve jurisdiction over the matter to enforce the Settlement Agreement.

5. This case is DISMISSED WITH PREJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record